# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| KENNIE DALE GARRISON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  7:07-cv-00595-IPJ |
| | ) |
| WARDEN CHERYL PRICE, | ) |
| | ) |
| Respondent. | ) |

## **MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (doc. 11) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be denied and dismissed with prejudice. An appropriate order will be entered.

**DONE**, this the 24th day of September 2007.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE